IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY SHANEE MALDONADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOE A. LIZARRAGA,<br><br>　　　　Defendant. | No. 2:19-CV-2176-TLN-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.

On August 23, 2021, the Court dismissed Plaintiff's complaint with leave to amend and directed Plaintiff to file a second amended complaint within 30 days. See ECF No. 14. Plaintiff then filed "Objections to Magistrate Judge Findings and Recommendations" on September 7, 2021. See ECF No. 15. Because no findings and recommendations have been issued in this case, Plaintiff's objections are disregarded. The Court sua sponte extends the time for Plaintiff to file a second amended complaint. Plaintiff shall file his second amended

/ / /

/ / /

/ / /

/ / /

1

complaint within 30 days of the date of this order.

                IT IS SO ORDERED.

Dated:  October 15, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE