**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BILLY RAY SHANEE MALDONADO, | No. 2:19-CV-02176-TLN-DMC |
| Plaintiff, | |
| v. | **ORDER** |
| JOE A LIZARRAGA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 21, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 21, 2023 (ECF No. 22) are ADOPTED IN FULL;
2. This action is DISMISSED for failure to state a claim upon which relief can be granted; and
3. The Clerk of the Court is directed to enter judgment and close this file.

Date: August 23, 2023

_____
Troy L. Nunley
United States District Judge